UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND AND TRAINING PROGRAM
FUND, et al.,

                     Petitioners,

     -v-

INNIS CONSTRUCTION, INC.,

                     Respondent.
------------------------------------------------------------------------

22-CV-07765 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      On September 12, 2022, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **September 18, 2023**. Respondent's opposition, if any, is due on **October 9, 2023**. Petitioners' reply, if any, is due **October 16, 2023**.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **September 18, 2023**, and shall file an affidavit of such service with the court no later than **September 19, 2023**.

      SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge