**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRCIT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                            Petitioners,                  22 **CIVIL** 7765 (AS)

      -against-                                         **JUDGMENT**

INNIS CONSTRUCTION, INC.,

                            Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 23, 2024, the Petition and Motion are granted, the September 15, 2021 arbitration award is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows: 1. Confirming the Award in all respects; 2. Awarding Petitioners $134,029.36; 3. Awarding Petitioners post-judgment interest at the statutory rate

**Dated**: New York, New York
        February 26, 2024

                                                          **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                     **BY:**
                                                              **Deputy Clerk**